UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP

CASE NO.: 2:25-cv-5490

BRITTANY WRIGHT,

        Plaintiff,

v.

TRYMOR INC D/B/A SALT & BARREL,

        Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff BRITTANY WRIGHT by and through his undersigned counsel, brings this Complaint against Defendant TRYMOR INC D/B/A SALT & BARREL for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff BRITTANY WRIGHT ("Wright") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Wright's original copyrighted Work of authorship.

2. Wright is a photographer and stylist who sees food as an art and an opportunity to do something creative. With a background in technology, she has combined her passions for both tech and food into running the Instagram account @wrightkitchen. Her art focuses on food culture, as well as its aesthetic and she showcases the beauty of locally produced foods. Wright has 214,000 followers on her Instagram account and has been featured on Oprah.com, Today.com, BusinessInsider.com and many more other press outlets.

3. Defendant TRYMOR INC D/B/A SALT & BARREL ("S&B") is restaurant, bar and catering business. At all times relevant herein, S&B owned and operated the internet websites located at the URLs (the "Websites"):

4. https://www.instagram.com/p/CC3s11FnpLG

5. https://www.facebook.com/saltandbarrel/photos/pb.100036214184961.-2207520000/1582475205259052/?type=3

6. Wright alleges that S&B copied Wright's copyrighted Work from the internet in order to advertise, market and promote its business activities. S&B committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the S&B's business.

## JURISDICTION AND VENUE

7. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

9. S&B is subject to personal jurisdiction in New York.

10. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, S&B engaged in infringement in this district, S&B resides in this district, and S&B is subject to personal jurisdiction in this district.

## DEFENDANT

11. TRYMOR INC d/b/a Salt & Barrel is a restaurant, bar and catering business, with its principal place of business at 61 west Main Street, Bay Shore, New York 11706 and can be served by serving its Registered Agent, C/O JAMES TIMOTHY FLYNN, 378 CEDAR AVENUE, ISLIP, NY, UNITED STATES, 11751.

## THE COPYRIGHTED WORK AT ISSUE

12. In 2017, Wright created the photograph entitled "Citrus Gradient v.1," which is shown below and referred to herein as the "Work."



13. Wright registered the Work with the Register of Copyrights on January 23, 2018 as part of a group registration. The Group Registration was assigned registration number TX 8-554-416. The Certificate of Registration is attached hereto as **Exhibit 1**.

14. At all relevant times Wright was the owner of the copyrighted Work.

## INFRINGEMENT BY S&B

15. S&B has never been licensed to use the Work for any purpose.

16. On a date after the Work at issue in this action was created, but prior to the filing of this action, S&B copied the Work.

17. On or about April 08, 2025, Wright discovered the unauthorized use of his Work on the Websites as part of S&B's promotion of their restaurant, bar and catering business.

18. S&B copied Wright's copyrighted Work without Wright's permission.

19. After S&B copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its restaurant, bar and catering business.

20. S&B copied and distributed Wright's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

21. S&B committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

22. Wright never gave S&B permission or authority to copy, distribute or display the Work for any purpose.

23. Wright notified S&B of the allegations set forth herein on July 30, 2025, August 21, 2025, September 4, 2025, and September 29, 2025. To date, the parties have failed to resolve this matter as S&B has ceased to respond to any communications since August 2025.

**COUNT I**
**COPYRIGHT INFRINGEMENT**

24. Wright incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

25. Wright owns a valid copyright in the Work.

26. Wright registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. S&B copied, displayed, and distributed the Work and made derivatives of the Work without Wright's authorization in violation of 17 U.S.C. § 501.

28. S&B performed the acts alleged in the course and scope of its business activities.

29. Defendant's acts were willful.

30. Wright has been damaged.

31. The harm caused to Wright has been irreparable.

WHEREFORE, the Plaintiff BRITTANY WRIGHT prays for judgment against the Defendant TRYMOR INC D/B/A SALT & BARREL that:

a. S&B and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. S&B be required to pay Wright his actual damages and Defendant's profits attributable to the infringement, or, at Wright's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Wright be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Wright be awarded pre- and post-judgment interest; and

e. Wright be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Wright hereby demands a trial by jury of all issues so triable.

Dated: October 1, 2025              Respectfully submitted,

*/s/ Jordan I. Abisror*
JORDAN I. ABISROR
jordan.abisror@sriplaw.com

JOSEPH A. DUNNE
(JD0674)
joseph.dunne@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor

New York, New York 10010
646.475.9070 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Brittany Wright*